Motion withdrawn.

MILDRED F. McNERNEY et al., Appellants, *v.* AETNA LIFE INSURANCE COMPANY, Respondent, et al., Defendants.

Argued March 9, 1955; decided April 21, 1955.

*Sidney B. Coulter* for appellants.

*Gustav P. Blaustein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.